F071/AYC-88
25 Broder bl.
lin CA. 94568
Seg bldg. #9
Pro-Per

# U.S. DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    3767
NO. _____ MMC ____ (PR)

E-filing

Robert J. Alexander,
    Plaintiff,
v.
ALAMEDA COUNTY
Sheriff's office
Detention & Corrections

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C. § 1983

U.S. District Judge    EMERGENCY
Maxine M. Chesney      RESPONSE
                       Gov. Ethics code violation

Due to the filing of a Superior court writ of habeas corpus #H25646. And civil actions filed in this court # C08-2727, # C08-2987 MMC(PR) Alameda County deputy's have placed me in ad-Seg for reclasification, they have not complied to the District court order of United State District Judge Maxine M. Chesney. Dated July 17, 2008. I am requesting to notify U.S. District Judge of the non-comply. And to all the measures gone through, in order to pursue legally in court. Pleas assist me. My resources are few, and my legal case refer...

On 7/25/08 **Deputy** Larsen came to my cell in Bld #3-F. He asked me if I was going to court today. This was approximately 4:00 am in the morning. I said that "yes if their is in **fact a court date scheduled for me**." The result was me getting up brushing my teeth etc. Soon thereafter morning breakfast feeding commenced. Following the meal I showered into my **cell like** everyone else. Once again Deputy Larsen came to my cell. This time he was under the impression that I was just going to choose refusing to go to court. It was approximately 4:45 or 9:30. I don't believe anyone had time to escort us up front for processing inmates to depart for busses to court. Anyhow The escort came soon thereafter by way of approximately **5 deputys**. Deputy Larsen handcuffed me behind my back and along with his team of Deputies took me to a multi-purpose room were their was approximately **6 other inmates** who were on the floor sleeping with their arms inside **of their shirt** in the fetal position. Others were standing around. They had become accustomed to **this** procedure. The **multipurpose** room is used for a waiting room. The **inmate is placed inside room** here for approximately 2-3 hrs. waiting for shift change and an escort to the R&R Building for transport processing. This room is in the housing Bldg. **It does** not have **anything** for people to sit on. Yet Due to the **time** of morning people are deprived of adequate accommodations. After I was brought to the multi-purpose room, Deputy Larson came back to the multi-purpose room & directed me outside the room and put my arms toward the wall, hands on my head, etc. After placing shackles on my person. He and Sgt. Scott informed me that I was going to R&R for transport. I was not to respond else. This was in the multi-purpose room. During this time Sgt. Scott informs Deputy Larson of two days prior. Technician Blackman from Bldg #3 and Deputy _____

I informed [illegible] both that I gave Deputy Martinez a filled out grievance in regards to the prior incident. Also that I have two District Court order. During this time they saw that I had my legal verification with me. I informed them of this [illegible]. Deputy Martinez however states that he isn't going to process my T.E.P. forms or any grievance involving me with court discrepencies or refusals. He's going to stand with his partner's Deputy's Carrera, Larson, Guffy, Technician Blackmen, and Sgt. Scott. Once I arrived to R&R Deputy Larson takes me to another Isolated cell leaves me in hand cuffs, and informs me that as long as I be a problem or question his authority, any time I come to Santa Rita I will go to the hole. Sgt. Scott said that if I don't go inside of a court room today. To inform Deputy Larson when I get back to or mail him & file agrievance so that they can check into why I'm going on false court schedules. Anyhow I did not resist. So eventually the hand-cuffs were taken off by the transport deputy on the bus. I did not go into court that day once again had I had the opportunity to see a judge I could have asked for the court to honor the District Court order. Upon arrival back to Santa Rita County Jail. I was required to wait in [illegible] with approximately 100 other inmates for approx [illegible] 3 hrs. until they escorted me to my assigned Bldg #3 housing unit. Once there several other inmates and I were placed into the multi-purpose room and to wait for a housing unit deputy to strip search us. Soon there after the Bldg #3 housing Sheriff's Technician directed the Deputy who brought us back. To put me inside the [illegible]

remained [illegible] in Bldg until approx 5:00 am the morning of 7/26/08. Deputy Martinez retrieved my property from my cell. However, he gave my laundry bag to the inmate podworkers, took away my dictionary that I purchased, broke my deodorant into pieces, and informed me that "Strange things happen in the [illegible]... Smell as good". And he recommend that I just go with the program. Now I am missing a lot of property. They went through all my legal work. I'm missing writing utensils, nail clippers, shampoo, paperwork, stamps, letters, any my care package that came that day. He gave to the pod workers. I asked him why I was going to ad-seg and he had no good reason his only answer being that I'm being re-classified. Yet the shift/watch-time processing the move & paperwork is on his shift. Also he directed the Housing technician to take the write up paper-w up front for processing so that he can pass out canteen. When I pushed the intercom button I was continually ignored by Technician Blackman. At or around 1:00 am I was finally escorted to Bldng #9 Ad-Seg with no bed card or unusual occurrence report. The Ad-Seg Deputy's don't know the exact reason as to why I'm here. I'm told that I should write to classification. I ask them why my property was confiscated without a reciept as to what was taken. They had no answer. Now the morning of 7/27/08 at 4:00 am I am served a copy of another Alameda County Sheriff's office Disciplinary report #08S-01594, and Notice of Disciplinary Action Pending PD-411, PD96. I requested a 24 hr waiting period, a council substitute: I.E. investigative Employee and numerous witnesses. Adverse friendly to [illegible] relevance to his [illegible]

I, Robert Joseph Alexander III, AKA Samuel AYC-552 state:

I am the petitioner in this action. I have read the foregoing petition for civil Action 4 U.S.C. § 1983 and the facts stated therein are true of my own knowledge, except as to matters that are therein stated on my own information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Ad-Seg bldg. #9 cell 7 at Alameda County Detentions and corrections division Santa Rita Jail in Dublin CA. 94568

_____
Petitioner

PFN#; AYc-552
_____
Numbers

# ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

| | | | |
|---|---|---|---|
| Date 072508 | | | Report No. 08S-01594 |
| | | | Office Use |
| PFN AYC552 | Name SAMUEL, Robert | | Page 1 of 1 |
| DOB 032978 | Race B | Housing Location 3, F6 | |
| OCCURRENCE: Date/Time 072508 / 0500 | | Location 3, F6 | |

X  Unsentenced     Sentenced   Gross Date _____   Release Date _____

Are criminal charges pending as a result of this incident?  [ ] Yes   [x] No

If yes, report number _____   Co-defendant(s) _____
                                                                PFN(s) Only

Violation(s)  101 (b)   Proper running of fac. : _____   _____   _____   _____
              No.       Offense                 No.       Offense   No.       Offense

On Friday, July 25, 2008, about 0500 hours while working as a Deputy Sheriff in Housing Unit #3, the following incident occurred.

While staging inmates for court, prior to the end of my shift, Sheriff's Technician BLACKMAN told me inmate SAMUEL refused to go court a few days prior. I went to SAMUEL's cell and asked him if he planned to go to court and he said "yes". After staging other inmates in the east multi-purpose room, I noticed SAMUEL was not in his pod. It's common practice for inmates who have court to wait in their pod following breakfast.

I went into F-Pod and found SAMUEL on his bed, in cell F-6. I opened his door and asked if he had what he needed for court. He said he was not going to court because he has had too many dry runs. He said if the court wants him bad enough, the movement deputies could come and get him. I tried, more than once, to explain the process of the housing unit deputies staging the daily courts and he had no choice in the matter. SAMUEL still refused to go to court.

I called for a second deputy to respond to HU-3. Sergeant SCOTT, along with other deputies arrived. Sergeant SCOTT and I escorted SAMUEL in waist chains to ITR and I put SAMUEL in cell T-21.

I recommend SAMUEL receive 60 days loss of privliges for delaying the proper running of the jail.

Reporting Deputy  E. LARSON #1915          Recommendation  60 Days L.O.P.
Reported to Sergeant  A. Hastings #937      Date 7/26/08        Time 0715 hrs
Interviewed by:  w. Bennett #659            Date 7/27/08        Time 0806
Recommendation  _____       Hearing Requested [ ] Yes   [ ] No
Watch Commander  _____      Recommendation  _____
Chairman Hearing Board  _____                Date  _____
FINDING:  [ ] Affirmed   [ ] Denied   Recommendation

--- Office Use ---

Disposition  _____
Commanding Officer  _____    Date  _____
DISCIPLINARY ISOLATION:   Date In  _____   Date Out  _____
Violation Codes  _____                      Location  _____

PD96 (Rev 5/98)        Records Office/ Inmate Notified  _____   Date  _____

## ALAMEDA COUNTY SHERIFF'S OFFICE
## NOTICE OF DISCIPLINARY ACTION PENDING

INMATE: SAMUEL, Robert        PFN: AYC552    DATE OF VIOLATION: 072508

REPORT#: 08S-01594  REPORTING OFFICER: E. LARSON #1915    DATE OF NOTICE: 072508

OFFICER MAKING SERVICE: ALBARETLOTO 1957    DATE: 7/27/08    TIME: 0306

VIOLATIONS ALLEGED: 101 (b)

### NOTICE OF HEARING

You are eligible to have your case presented to the Inmate Disciplinary Hearing Officer. You have been furnished with a copy of the disciplinary report during this interview. If you are illiterate, or if the complexity of the issue makes it unlikely that you will be able to collect and present evidence necessary for an adequate defense of the case, you may have the right to a Council Substitute. Your Council Substitute may be another inmate or staff member at this facility. You have the right to have witnesses in your behalf. You may not have more than 3 witnesses. They must be located at this facility, and they cannot be compelled to testify against their will. Witnesses and Council Substitute must be furnished to the Hearing Officer prior to the hearing. Witnesses shall be listed on this form by the interviewing officer.

If you choose to waive your right to a hearing, this matter will be referred to the Facility Commander with the following recommended action. Note that the Facility Commander has the final say as to what, if any, disciplinary action is imposed.

RECOMMENDATION: 60 days L.O.P

| | | | |
|---|---|---|---|
| Do you understand these procedural safeguards? | Yes: | No: | Refused to Answer: |
| Do you waive your rights to a hearing? | Yes: | No: | Refused to Answer: |
| Do you request a Council Substitute? | Yes: | No: | Refused to Answer: |
| Do you waive your right a 24-hour waiting period? | Yes: | No: | Refused to Answer: |

Name of Council Substitute: _____ Status: _____

NAMES OF WITNESSES:

*IN THE EVENT THAT YOU REFUSE TO ANSWER ANY QUESTIONS ON THIS FORM, IT WILL BE DEEMED THAT YOU DO NOT UNDERSTAND THE PROCEDURE AND YOUR SAFEGUARDS. IT WILL ALSO BE UNDERSTOOD THAT YOUR REFUSAL TO ANSWER CONSTITUTES YOUR REQUEST FOR A HEARING:*

Inmate's Signature: _____    Refused To Sign: _____
(Print Deputy Name & Badge # & Initial)

PD-411 (REV 04/06)

CC: EXECUTIVE OFFICE

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Alexander
CDC P07071

NAME: Samuel, Robert            PFN: AYC-552
HOUSING UNIT: 3-F-6              DATE: 7-23-08

NATURE OF GRIEVANCE: (Give specific details)

On or around 4:00 Am 7-23-08 Deputy Carrera came to my cell and opened my door. Once opened he told me that he's going to demand that I get up and go wait inside the multi-purpose room for court. I advised him that I am not going to court today. I do not have any charges pending in any court. I did however ask Deputy Carrera again to assist me in my In Forma Pauperis Form verification of funds. He insists on ignoring my attempts. I asked him the evenings prior as well. Deputy Carrera made a verbal threat that he was going to leave and come back with 8-10 deputys. I advised deputy Carrera that it would not be in the best interest to attempt to use force of a cell extraction to convince me to go into the multi-purpose room and wait until 8:00 am until Deputy Guffa comes on Shift. I've made numerous attempts to try and talk with him yet he insisted that you'll see what happens when he comes back. I have been having problems out of him and Deputys who will not process my paperwork or attempt to have a disregard for legal privilege, or Court orders. I did not go to court today, proving that my presence is or was not Summons by any court. However U.S. District Court Judge Northern District did order that I File a In Forma Pauperis Form.

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: _____

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: _____   BADGE #: _____   DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____     [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.              DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____                TRACKING NUMBER: _____

COPIES: White - Staff use
        Yellow - Inmate Receipt Copy                                    ML – 51  (rev 8/06)



PERSONAL & Confidential
- LEGAL MAT/

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.