FILED

08 AUG 20 PM 3:51

~~RICHARD W. WIEKING~~
~~CLERK, U.S. DISTRICT COURT~~
~~NORTHERN DISTRICT OF CALIFORNIA~~

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MMC

ROBERT J. ALEXANDER III   } CV 08        3767

                Plaintiff,   )    CASE NO. _____

        vs.                  )    **PRISONER'S**
ALAMEDA COUNTY SHERIFF'S )    **APPLICATION TO PROCEED**
OFFICE DETENTIONS AND    )    **IN FORMA PAUPERIS**
CORRECTIONS Division     )
Santa Rita Jail    Defendant. )                    **(PR)**

I, Robert J. Alexander, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, *specify* the last

3  place of employment prior to imprisonment.)

4  American Automotive Association (AAA)

5  Auto Guardian (oakland)

6  Emergency Road Side Assistance

7  2.     Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.     Business, Profession or          Yes ____   No _X_

10            self employment

11     b.     Income from stocks, bonds,        Yes ____   No _X_

12            or royalties?

13     c.     Rent payments?                    Yes ____   No _X_

14     d.     Pensions, annuities, or           Yes ____   No _X_

15            life insurance payments?

16     e.     Federal or State welfare payments,   Yes ____   No _X_

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ N/A _____

22  _____

23  3.     Are you married?                     Yes _X_  No ____

24  Spouse's Full Name: ____ Sevan Atias ____

25  Spouse's Place of Employment: __ Applebees Restarant __

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ _Maternity leave_ Net $ _Minimum wage_

28  4.     a.     List amount you contribute to your spouse's support:$ ____ N/A ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    *New born Due Date August 21 st*

6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No X

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes X No ___

10   Make *Toyota* Year *95* Model *Camry*

11   Is it financed? Yes _____ No X If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account? Yes _____ No X (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____ *N/A* _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash? Yes ___ No X Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No X

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ *1100.* Utilities: *$150.*

23   Food: $ *$100* Clothing: *$80*

24   Charge Accounts:

25   Name of Account        Monthly Payment          Total Owed on This Acct.

26   *American Express* $ *$60.00*          $ *$2200.*

27   *American Express* $ *$50.00*          $ *$3000.*

28   _____ $_____          $_____

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _Valley Care Hospital Pleasanton CA._

4  _$30,000. Hand Surgury while on Parole._

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  (Yes ☒)  No ✗

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _CV08 2727  &  C08-2987_

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _8/13/08_                    _[signature]_

17  DATE                         SIGNATURE OF APPLICANT

18

19

20  _Santa Rita Jail officials have failed_

21  _to comply with court order to process_

22  _my I.F.P. Applications, this is [1] the_

23  _reason for filling this Civil action._

24  _I declare under penalty of purjury_

25  _that the foregoing is true & correct._

26  _court order_

27  _July 17th 2008._

28                         _Robert J. Alexander II_
                           _Plaintiff_

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

_[signature]_

_8/13/08_

1
2          Case Number: _CVO83767MMC_
3                                            (PR)
4
5
6
7
8                  **CERTIFICATE OF FUNDS**
9                            **IN**
10                 **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                                        P0707i
13   statement showing transactions of _Alexander,R AYc.552_    for the last six months
                                         [prisoner name] AKA Samuel
14   _SantaRita Jail ALA.County_ where (s)he is confined.   3/26/08
         [name of institution]                               (arrested)
15         I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____        _____
20                                    [Authorized officer of the institution]
21
22
23
24
25
26
27
28

                          - 5 -

**ALAMEDA COUNTY SHERIFF'S DEPARTMENT**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: _Alexander Daniel Robert_   PFN: _AYK-252_
HOUSING UNIT: _9-B-14 Ad-Seg_   DATE: _8/3/08_

NATURE OF GRIEVANCE: (Give specific details) What is the reason to being reclassified to ad-seg
on 7-25-08 I was placed in the Bld #3
Ident-ti-in cell, once brought back from a
'dry-run' to Suprior court, by the deputy
who escorted inmates from RR to the housing
units. As directed by the Bld#3 Housing
technician. this was approximatly 7:00 pm.
At or around 12:00am I was told by Deputy
Martinez that I was moved to Bld #9
ad-seg. I was told due to reclassifica-
tion. After speaking to two different Sgt.
They had no reason as to why I was being
re-classified. upon arrival to bld #9
ad-Seg. Deputy Strickland asked me why
I was brought to ad-Seg. He further states
that he had a bed out for me. once inside
my cell, I noticed that my property was
missing, canteen, books, pen, pictures, dictionary
that I bought and hair supplies. I was told
by Deputy Martinez prior to the above that I
didn't have a property, that if I gave him one
he'll hand it back over back. Also he implicating
things. Such as "throwing things around in the halls
well. I find it strange that I have yet to recieve
any documentation yet explaining why I'm reclassified
to classifie

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2
SIGNATURE: _____

**_*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***_**

RECEIVED BY DEPUTY: _S. Unubun_   BADGE #: _1914_   DATE: _086408_

[ ] RESOLVED-INMATE ACCEPTANCE: _____   [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    Explain resolution on reverse side.   Draw tracking number from CP-11

FORWARDED TO SGT. _Quinn_   TRACKING NUMBER: _02G-51260_

Copies:   White   - Staff Use
          Yellow - Inmate Receipt Copy                ML-51 (rev 5/94)

PO707 Alexander III
B-14 Ad-Seg
PO707 AYC-552
3325 Broder Bl.
Dublin, CA. 94568

U.S.
— LEGAL MAIL —

OAKLAND CA 94

18 AUG 2008 PM 6 L

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12815    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

8-14-08

V CABELLO #165

PERSONAL & CONFIDENTIAL - LEGAL MAIL

U. S.