IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ALEXANDER,

        Plaintiff,

v.

ALAMEDA COUNTY SHERIFF'S OFFICE DETENTION AND CORRECTIONS,

        Defendant.

No. CV-08-3767 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice.

Dated: January 30, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk